UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOANNE J. BOUGALIS,                                    CIVIL NO. 14-1382 (ADM/JSM)

    Plaintiff,

v.                                                                        ORDER

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

    Defendant.


This matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 4, 2014. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

IT IS HEREBY ORDERED that

1. Plaintiff's Motion for Summary Judgment [Docket No. 12] is **GRANTED** in part and **DENIED** in part; and this matter is remanded for further proceedings consistent with the Report and Recommendation of the Magistrate Judge;

2. Defendant's Motion for Summary Judgment [Docket No. 16] is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: June 19, 2015                           s/Ann D. Montgomery
                                                    ANN D. MONTGOMERY
                                                    United States District Judge